UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


IN RE: DANIEL E. CARPENTER           CASE NO. 3:09 GP 9 (AWT)
:
:
:
:
:    February 20, 2009


## ORDER TO SHOW CAUSE

      Disciplinary proceedings in the above-captioned matter were initiated on January 30, 2009, pursuant to Local Rule 83.2.  The matter was forwarded to Counsel for the Federal Grievance Committee who has filed a Presentment with the Court seeking action in the above-captioned matter.

      The Court has taken the Committee's recommendation under advisement and it is hereby ORDERED that Daniel E. Carpenter is to answer the subject Presentment on or before **April 1, 2009,  by filing an original answer and one (1) copy with the Clerk's Office, 141 Church Street, New Haven, Connecticut 06510, to the attention of Joanne Pesta, Deputy Clerk,** showing cause why he should not be disciplined by this Court.  A Certificate of Service shall accompany the answer, showing service on counsel for the Federal Grievance Committee.

      It is further ORDERED that a hearing on the matter shall be held on the 5th day of _May_ , 2009 at 12:00 p.m. in the South Courtroom, U.S.District Court, 450 Main Street, Hartford, CT, as provided in Local Rule 83.2(f)(2) and/or 83.2(g)(2).

Dated at  Hartford , Connecticut, this 26th  day of February, 2009.


                                                                   /s/
                                         Alvin Thompson
                                         United States District Judge