UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: DANIEL E. CARPENTER  :  CASE NO. 3:09 GP9 (AWT)
: 
: 
: 
: 
:  May 14, 2009

### STIPULATION OF DISCIPLINE

By Order dated, January 6, 2009, the Superior Court of Connecticut suspended the Respondent, Daniel E. Carpenter, from the practice of law until further order of the court based upon a stipulation between the Respondent and the Statewide Grievance Committee. The Order, Affidavit and Proposed Disposition are attached hereto as Exhibit A.

Local Rule 83.2(f) provides that when an attorney is disciplined by the state court, the court shall impose identical discipline upon the attorney admitted in this court absent certain specified circumstances.

The Respondent represents that he has not practiced in federal court since his suspension began.

Therefore, the Respondent and the Grievance Committee jointly request that the Respondent be placed on suspension from the practice of law until further order of the Court, that such suspension be in accordance with all other provisions related to the discipline

ME1 8423893v.1

imposed by the Connecticut Superior Court and that reinstatement shall be in accordance with Local Rule 83.2(i).

Date: 5-14-09

THE GRIEVANCE COMMITTEE FOR
THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

By: *Moy N. Ogilvie*
Moy N. Ogilvie (CT 16508 )
McCarter & English, LLP
CityPlace I - 185 Asylum Street
Hartford, CT 06103
Phone: (860) 275-6000
Fax: (860) 724-3397
E-mail: mogilvie@mccarter.com

RESPONDENT,
DANIEL E. CARPENTER
BY HIS ATTORNEY

Date: 5-15-09

By: *William McGrath*
William McGrath (CT 04314)
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 522-6103
Fax: (860) 548-0006
E-mail: mcgrath@halloran-sage.com

-2-

ME1 8423893v.1

# EXHIBIT A

No. HHDCV-05-4013820
STATEWIDE GRIEVANCE COMMITTEE    SUPERIOR COURT

VS.    HARTFORD J.D.

DANIEL CARPENTER

### ORDER

This matter having come to this Court with an agreement as to disposition in accordance with Practice Book 2-82, it is hereby ORDERED;

Attorney Daniel Carpenter, Juris #300541 is hereby suspended from the practice of law until further order of this court.

By the Court,

_____    1-6-09
Aurigemma, Judge    Date

No. HHDCV05-4013820
STATEWIDE GREIVANCE COMMITTEE        SUPERIOR COURT

V.                                   HARTFORD J.D.

DANIEL E. CARPENTER

### PROPOSED DISPOSITION-PRACTICE BOOK § 2-82(b)

Pursuant to Practice Book § 2-82(b), the undersigned Respondent and Disciplinary Counsel, on behalf of the Statewide Grievance Committee stipulate and agree as follows:

1. This matter was instituted by grievance complaint filed by Gail Cahaly on December 18, 2002.

2. On March 27, 2003, the Stamford Panel found probable cause that the Respondent may have violated Rules 1.15(a) and (b) and 8.4(3) of the Rules of Professional Conduct in connection with his management of certain funds of Cahaly in what is known as a "1031 property exchange."

3. On January 14, 2005 a Reviewing Committee of the Statewide Grievance Committee found that the Respondent had violated Rule 8.4(3) with regard to his conduct but not Rule 1.15, and ordered the present presentment complaint be filed.

4. Thereafter, the Respondent was indicted, tried and found guilty by a jury in Federal District Court in Massachusetts for the same conduct that is the gravamen of the Cahaly complaint. Presently, there are several post-verdict motions pending which challenge the legitimacy of the jury verdict. As no sentence has been imposed, the jury verdict is not a final judgment.

5. Pursuant to Practice Book 2-41, Disciplinary Counsel will have jurisdiction and authority to file an additional presentment against Respondent for this same conduct if he is sentenced.

6. The Respondent is willing to enter into this agreement to dispose of both the pending presentment and the potential P.B. 2-41 matter and as such has tendered the attached affidavit.

Office of Chief Disciplinary Counsel
100 Washington Street
Hartford, CT 06106
Juris #422382
(Ph) 860-706-5055 (Fx) 860-706-5063

7. Respondent has been admitted to practice since 1979. He has no history of discipline.

8. The Respondent, the Statewide Grievance Committee and the Disciplinary Counsel agree that Respondent may be placed on voluntary suspension immediately upon approval of this agreement by the Court.

9. In the event that the Respondent is acquitted of the crimes he has been charged with, or is successful in having the criminal matter dismissed or overturned by motion or appeal, then, upon the entry of any final order disposing of his criminal case, this suspension will be vacated and this matter will be dismissed without the need of his applying for readmission under Practice Book 2-53.

10. In the event that the jury verdict is not set aside or otherwise reversed, then Respondent may reapply for admission to the bar pursuant to Practice Book 2-53 at the conclusion of all criminal proceedings.

11. Disciplinary Counsel will make the Complainant aware of the disposition of this matter by notice to her and she will be offered an opportunity to comment upon this disposition before the order is entered in accordance with Practice Book 2-82(f).

WHEREFORE, this matter is submitted to the Statewide Grievance Committee for its consideration in accordance with Practice Book § 2-82(b).

Office of Disciplinary Counsel

12/24/08
Date

By Mark A. Dubois
Chief Disciplinary Counsel

Respondent Daniel E. Carpenter

12-19-08
Date

Daniel E. Carpenter

Respondent Daniel E. Carpenter

Office of Chief Disciplinary Counsel
100 Washington Street
Hartford, CT 06106
Juris #422382
(Ph) 860-706-5055 (Fx) 860-706-5063

12-22-08
Date

_[signature]_
William McGrath, his attorney

Office of Chief Disciplinary Counsel
100 Washington Street
Hartford, CT 06106
Juris #422382
(Ph) 860-706-5055 (Fx) 860-706-5063

# AFFIDAVIT

STATE OF CONNECTICUT)
                     Ss: _____
COUNTY OF HARTFORD   )

I am over the age of 18 and believe in the obligation of an oath. Pursuant to Practice Book §2-82, I make the following affidavit:

1. This Affidavit is voluntarily submitted.

2. I am aware that I have a right to a full evidentiary hearing on this matter, and I hereby waive that right by entering into this agreement.

3. I have been neither subject to coercion nor duress and I am fully aware of the implications of this Affidavit.

4. I am aware of the current proceeding regarding my alleged violation of Rule 8.4(3) of the Rules of Professional Conduct and the potential proceeding against me pursuant to Practice Book 2-41 concerning my criminal trial.

5. Without admitting any of the facts of the underlying case and while preserving all of my rights under the 5th, 6th, and 14th amendments to the United States Constitution, I agree to the terms of my voluntary suspension from the practice of law as set forth in the preceding Proposed Disposition.

_____
Daniel E. Carpenter

Subscribed and sworn to before me

this 19 day of December, 2008.

_____
~~Commissioner of the Superior Court~~

JASON J. CONCATELLI
Notary Public, State of Connecticut
My Commission Expires March 31, 2012

Office of Chief Disciplinary Counsel
100 Washington Street
Hartford, CT 06106
Juris #422382
(Ph) 860-706-5055 (Fx) 860-706-5063